HERMAN LUKE et al., Appellants, *v.* VICTOR POLSTEIN et al., Respondents, et al., Defendants. (Appeal No. 1.)

Argued May 25, 1945; decided July 19, 1945.

*Harry Dimin, Herman S. Bachrach* and *Clarence G. Bachrach* for appellants.

*Wolfe R. Charney* for respondents.

Judgment affirmed, with costs on the ground that the action was not commenced within the time limited (see *Kalmanash* v. *Smith*, 291 N. Y. 142). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.